IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER L. RYAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-01223-E-BT |
| | § | |
| PAYPAL, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are Plaintiff Jennifer L. Ryan's First and Second Motions for Leave to File Notices of Supplemental Authority. *See* ECF Nos. 23, 26. Although surreplies "are heavily disfavored," it is within the sound discretion of the courts to grant or deny leave to file additional briefing. *Warrior Energy Servs. Corp. v. ATP Titan M/V*, 551 F. App'x 749, 751 n.2 (5th Cir. 2014) (per curiam); *Aguayo v. United States*, No. 3:23-CV-00539-E, 2024 WL 202106, at *1 (N.D. Tex. Jan. 18, 2024) (Brown, J.). *See also* N.D. Tex. L. Civ. R. 56.7 ("Except for the motions, responses, replies, briefs, and appendixes required by these rules, a party may not, without the permission of the presiding judge, file supplemental pleadings, briefs, authorities, or evidence."). The Court has reviewed the materials attached to these Motions and, in its discretion, **GRANTS** Ryan's First and Second Motions for Leave to File Notices of Supplemental Authority. The Court will consider the supplemental materials, to the extent they are relevant, in making its Recommendation.

**SO ORDERED**.

January 26, 2026.

_____

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE