FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER L. RYAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:25-cv-01223-E-BT |
| § | |
| PAYPAL INC., § | |
| § | |
| Defendant. § | |

## ORDER SETTING HEARING

On January 28, 2026, the undersigned recommended that the District Judge compel the parties to arbitration. *See* ECF No. 31. Following that recommendation, Plaintiff filed four separate objections. In her final objection, ECF No. 36, Plaintiff argues that "arbitration has been had," within the meaning of § 3 of the Federal Arbitration Act, and cites to a published Fifth Circuit decision, *Noble Capital Fund Management, L.L.C. v. U.S. Capital Global Investment Mgmt. L.L.C.*, 31 F.4th 333 (5th Cir. 2022), in support. Neither party raised or addressed this issue, or this case, in the briefing on the motion to compel.

Nevertheless, the Court has reconsidered its earlier motion denying Plaintiff's motion for hearing (ECF No. 16) and hereby **SETS** this matter for hearing on **February 26, 2026, at 12:30 P.M., via Zoom**, to discuss the specific objection that arbitration "has been had." The Court will provide the parties with a zoom link prior to the hearing.

In anticipation of the hearing, the Court **ORDERS** PayPal to file a brief responding to Plaintiff's argument that "arbitration has been 'had' within the

1

meaning of § 3 of the FAA" and *Noble Capital Fund Mgmt., L.L.C. See* ECF No. 36. PayPal's brief may not exceed 5 pages and must be filed **on or before February 16, 2026**. Plaintiff may file a Reply **within three days** of PayPal's brief. Plaintiff's Reply is limited to 3 pages. The briefing must otherwise comply with the Federal Rules of Civil Procedure and Local Rules of the Northern District of Texas.

No other briefing will be accepted.

**SO ORDERED.**

February 10, 2026.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE