UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER L. RYAN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | 3:25-cv-01223-E-BT |
| | § | |
| PAYPAL, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION FOR CLARIFICATION

On February 10, 2026, the Court issued its Order Setting Hearing (ECF No. 37). By this Order, the Court set a hearing for February 26, 2026, at 12:30 P.M., to be conducted via Zoom videoconference. The Court's Order further stated that it "would provide the parties with a zoom link prior to the hearing." Counsel for Defendant PayPal has not received a zoom link from the Court, and there has been no zoom link filed on the Court's electronic docket. Out of an abundance of caution, and to preserve Defendant PayPal's right to participate in the Court's hearing, PayPal requests that the Court clarify the details of the zoom hearing scheduled to be conducted later today, and provide a link to any hearing so that PayPal may exercise its right to participate in the hearing.

Respectfully submitted,

*/s/ Robert C. Vartabedian*
Robert C. Vartabedian
Texas Bar No. 24053534
Rob.Vartabedian@vkhh.com
Alix D. Allison
Texas Bar No. 24086261
Alix.Allison@vkhh.com
Weldon P. Sloan
Texas Bar No. 24126754
Weldon.Sloan@vkhh.com
**Vartabedian Katz Hester & Haynes**
301 Commerce Street, Suite 2200
Fort Worth, TX 76102
Telephone: 817-214-4990

***Attorneys for Defendant PayPal, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, I electronically filed this motion with the Clerk of the Court using the CM/ECF, who in turn sent notice to all parties of record.

*/s/ Robert C. Vartabedian*

2