FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER L. RYAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-01223-E-BT |
| | § | |
| PAYPAL INC., | § | |
| | § | |
| Defendant. | § | |

## **The Zoom link for today's hearing is below**:

Topic: Remote Hearing - 3:25-cv-01223-E-BT, Ryan v. PayPal Inc.

Time: Feb 26, 2026 12:30 PM Central Time (US and Canada)

Join ZoomGov Meeting

https://txnd-uscourts.zoomgov.com/j/1616626066

Meeting ID: 161 662 6066

---

One tap mobile

+16692545252,,1616626066# US (San Jose)

+16468287666,,1616626066# US (New York)

---

Dial by your location

• +1 669 254 5252 US (San Jose)

• +1 646 828 7666 US (New York)

• +1 646 964 1167 US (US Spanish Line)

• +1 669 216 1590 US (San Jose)

• +1 415 449 4000 US (US Spanish Line)

• +1 551 285 1373 US (New Jersey)

Meeting ID: 161 662 6066

Find your local number: https://txnd-uscourts.zoomgov.com/u/aUd9peVh

---

Join by SIP

• 1616626066@sip.zoomgov.com

---

Join by H.323

• 166.108.98.42 (US West)

• 166.108.66.42 (US East)

Meeting ID: 161 662 6066