IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER L. RYAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-01223-E-BT |
| | § | |
| PAYPAL INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 28, 2026. *See* ECF No. 31. Plaintiff filed objections, *see* ECF Nos. 33, 34, 35, 36, to which Defendant responded. *See* ECF Nos. 38, 39. On February 26, 2026, the Magistrate Judge held a hearing on one of Plaintiff's objections. *See* ECF Nos. 37, 44. The Court has reviewed the parties' filings and the transcript from the February 26, 2026 hearing. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. The Court reviewed the remaining portions of the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 9th day of March, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE