IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER L. RYAN, § § Plaintiff, § § v. § PAYPAL INC., § § Defendant. § | Case No. 3:25-cv-01223-E-BT |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 45). Defendant's Renewed Motion to Compel Arbitration (ECF No. 13) is hereby **GRANTED IN PART**. Accordingly, the Court enters the following orders:

1. The parties shall proceed to arbitration in accordance with the terms of their agreement.

2. All proceedings in this case are hereby **STAYED** until arbitration is complete.

3. This case is **ADMINISTRATIVELY CLOSED** during the pendency of the stay pending arbitration.

**SO ORDERED,** this 9th day of March, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE